AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

ROBERT C. DENHAM, JR., also known as Bobbie,

|  |  |
|---|---|
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   2:14-CV-281-RMP |
| | ) |
| RICHARD L. CEASE; WILLIAM CHARLES HENRY; and WILLIAM J. ROE, | ) |
| _____ | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ _____ .

☑  other:   Plaintiff's claim against Defendants is DISMISSED with prejudice.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

❏  decided by Judge _____ on a motion for

Date:   January 7, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer

*(By) Deputy Clerk*

Virginia Reisenauer